# Ex. 2





MENU

Thank you for visiting FOIA.gov, the government's central website for FOIA. We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2678636

# Success!

Your FOIA request has been created and is being sent to the Center for Medicare and Medicaid Services.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

## Contact the agency

Joseph Tripline, FOIA Officer

410-786-5353

joseph.tripline@cms.hhs.gov

FOIA Requester Service Center

410-786-5353

Desiree Gaynor, FOIA Public Liaison, FOIA Public Liaison

410-786-5353

desiree.gaynor@cms.hhs.gov

Joseph Tripline, FOIA Officer, Central Building Room C5-11-06
7500 Security Boulevard
Baltimore, MD 21244

FOIA_Request@cms.hhs.gov

## Request summary

Request submitted on **January 8, 2026**.

The confirmation ID for your request is **2678636**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

### Name
Andrew Sheeran

### Mailing address
2727 Mahan Drive, MS #3
Tallahassee, Florida 32308
United States

### Phone number
850-412-3670

### Company/organization
Florida Agency for Health Care Administration (AHCA)

### Email
andrew.sheeran@ahca.myflorida.com

## Your request

I am requesting records related to expanding subsidized children's health insurance in Florida as specified in the attached letter.

## Additional information

Section 1115 FOIA Request 01.08.26.pdf

## Fees

### What type of requester are you?
other

**Fee waiver**
yes

**Fee waiver justification**
AHCA requests a fee waiver as specified in the attached letter.

# Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
AHCA requests expedited processing as specified in the attached letter.



## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ↗ CC3.0

| FREQUENTLY ASKED QUESTIONS
| DEVELOPER RESOURCES
| AGENCY API SPEC
| FOIA CONTACT DOWNLOAD
| FOIA DATASET DOWNLOAD

- ACCESSIBILITY
- PRIVACY POLICY
- POLICIES & DISCLAIMERS
- JUSTICE.GOV
- USA.GOV ↗