# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendants*. | No. 3:26-cv-915<br><br>**MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |

Pursuant to Local Rule 11.1(C), Laura B. Ruppalt hereby files a motion for leave to appear pro hac vice on behalf of Plaintiff Florida Agency for Health Care Administration in the above-captioned case.

1. I am an attorney in good standing of the District of Columbia Bar. A certificate of good standing, dated February 6, 2026, is attached as Exhibit A.

2. I have successfully completed the Attorney Admission Tutorial. My confirmation number is FLND17704036323945.

3. I am familiar with the CM/ECF e-filing system.

1

Dated:  February 9, 2026

Respectfully submitted,

*/s/ Laura B. Ruppalt*
Laura B. Ruppalt  (DC 90033927)
BOYDEN GRAY PLLC
800 Connecticut Ave NW, Suite 900
Washington, DC 20006
(202) 955-0620
lruppalt@boydengray.com

*Counsel for Florida Agency for Health Care Administration*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

I further certify that I will send a true and correct copy of the foregoing via U.S. Mail with the Summons and Complaint to the following:

Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244-1850

Centers for Medicare and Medicaid Services
c/o Pamela Bondi
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Centers for Medicare and Medicaid Services
c/o Civil Process Clerk
U.S. Attorney's Office
Northern District of Florida
21 East Garden Street, Suite 400
Pensacola, Florida 32601

U.S. Department of Health and Human Services
200 Independence Avenue
Washington, DC 20201

U.S. Department of Health and Human Services
c/o Pamela Bondi
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

U.S. Department of Health and Human Services
c/o Civil Process Clerk
U.S. Attorney's Office
Northern District of Florida
21 East Garden Street, Suite 400
Pensacola, Florida 32601

Dated: February 9, 2026          <u>/s/ *Laura B. Ruppalt*</u>
                                 Laura B. Ruppalt