# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA; and FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendants*. | No. 3:26-cv-915<br><br>**NOTICE OF APPEARANCE** |

Christine Pratt gives notice of her appearance on behalf of the State of Florida in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: February 10, 2026

Respectfully submitted,

*/s/ Christine Pratt*
Christine Pratt (FBN 100351)*
*Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Christine.Pratt@myfloridalegal.com

* *Lead Counsel*
  *Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 10, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court through the CM/ECF system, which shall serve a copy to all counsel of record.

Dated:  February 10, 2026                     <u>*/s/Christine Pratt*</u>
                                                                                  Christine Pratt