UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA; and
FLORIDA AGENCY FOR
HEALTH CARE
ADMINISTRATION**,

   Case No. 3:26cv915-TKW-ZCB

 **Plaintiffs**,

v.

**CENTERS FOR MEDICARE AND
MEDICAID SERVICES; and U.S.
DEPARTMENT OF HEALTH AND
HUMAN SERVICES**,

 **Defendants**.
_____/

## ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Laura B. Ruppalt (Doc. 3). The Court finds based on the motion and supporting documentation that Ms. Ruppalt meets the requirements in Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Laura B. Ruppalt is authorized to appear *pro hac vice* for Plaintiff Florida Agency for Health Care Administration.

**DONE and ORDERED** this 10th day of February, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**