## AFFIDAVIT OF LAURA B. RUPPALT

### PROOF OF SERVICE

1.  My name is Laura B. Ruppalt. I am counsel for Plaintiff Florida Agency for Health Care Administration in *State of Florida et al. v. Centers for Medicare and Medicaid Services et al.*, No. 3:26-cv-915-TKW-ZCB (N.D. Fla.). I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2.  I make this declaration pursuant to Federal Rule of Civil Procedure 4(*l*), which states that "proof [of service] must be by the server's affidavit."

3.  On May 7, 2026, I served the summons and First Amended Complaint in this matter on the U.S. Attorney's Office for the Northern District of Florida, on the Attorney General of the United States, and on Defendants Robert F. Kennedy, Jr. and Mehmet Oz by causing those specified items to be sent using U.S. Postal Service certified mail.

4.  Under Rule 4(i)(1)–(2), service on these Defendants was effective upon the "send[ing]" of those items using certified mail.

5.  I declare under penalty of perjury that the foregoing is true and correct.


Dated:  May 7, 2026

*Laura B Ruppalt*